IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br> )<br>CHASTITY EVANS )<br> ) | <br><br>Case No. 3:15-CR-083-002<br>JUDGE REEVES |

## AGREED ORDER OF REVOCATION

An Amended Petition for Revocation of Supervised Release has been filed against the defendant, Chastity Evans, and the defendant admits that she has violated her supervised release. An agreement has been reached between the parties recommending that Ms. Evans' supervised release should be revoked and that she should receive a sentence of fifteen (15) months imprisonment with no supervised release to follow.

Ms. Evans agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is I. The advisory guideline range is 4-10 months for "Grade B" violations which the Court has carefully considered. There is a statutory maximum of 15 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of fifteen (15) months to be followed by no supervised release.

It is RECOMMENDED that Chasity Evans be placed in the Bureau of Prisons facility located in Lexington, Kentucky.

_____
Honorable Pamela L. Reeves
United States District Judge

APPROVED FOR ENTRY:

_____
Cynthia Davidson
Assistant U.S. Attorney
w/ permission

_____
Jonathan Moffatt
Attorney for Defendant

_____
Chastity Evans
Defendant

_____
Heather Williams
U.S. Probation Officer
w/ permission